### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEROME A. THOMPSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:05cv656-LG-RHW** |
| | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | **DEFENDANT** |

### JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and

Recommendations of United States Magistrate Judge Robert H. Walker [9] , the Court, after a

full review and consideration of the Findings of Fact and Recommendations, the pleadings on

file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Findings of Fact and Recommendations

of Magistrate Judge Robert H. Walker entered on May 14, 2007, be, and the same hereby is,

adopted as the finding of this Court.  The plaintiff's cause of action is hereby dismissed without

prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2007.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE